JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN LAMPKIN,<br><br>        Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>        Respondent. | Case No. CV 5:24-00743-SB (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus for and Denying Certificate of Appealability.

DATED: June 10, 2024

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE